# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Myers, Terry L. | **2. Court or Organization**<br><br>U.S. Bankruptcty Court, Idaho | **3. Date of Report**<br><br>05/13/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>James A. McClure Fed.Bldg.<br>550 West Fort Street<br>Boise, Idaho 83724 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Law Professor | University of Idaho College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Terry L.** | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | University of Idaho College of Law - Teaching | $4,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Myers, Terry L. | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Terry L.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Wells Fargo Bank (Accounts) | A | Interest | M | T | | | | | |
| 2. | Northwest Mut. Life (whole life) | C | Dividend | M | T | | | | | |
| 3. | Union Pacific Common Stock | B | Dividend | L | T | | | | | |
| 4. | D.A. Davidson (DAD)-BIDA | A | Interest | J | T | | | | | |
| 5. | American New Perspective Fund | A | Dividend | J | T | | | | | |
| 6. | Invesco Diversif. Div. Fund | A | Dividend | | | Sold | 04/10/19 | J | B | |
| 7. | JP Morgan Strategic Income Opp. Fund | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 8. | JP Morgan Income Builder Fund | A | Dividend | K | T | | | | | |
| 9. | JP Morgan Equity Income Fund | A | Dividend | K | T | Buy<br>(add'l) | 04/10/19 | J | | |
| 10. | Janus Triton Fund | A | Dividend | J | T | | | | | |
| 11. | First Trust Large Cap Core Alphadex ETF | A | Dividend | | | Sold | 08/08/19 | K | C | |
| 12. | Income Fund of America | A | Dividend | | | Sold<br>(part) | 08/08/19 | J | A | |
| 13. | | | | | | Sold | 08/09/19 | K | C | |
| 14. | National Bailard Int'l Equity | A | Dividend | | | Sold | 08/08/19 | J | B | |
| 15. | AB Large Cap Growth | A | Dividend | J | T | | | | | |
| 16. | Prudential Short Term Corp. Bond Fund | A | Dividend | J | T | | | | | |
| 17. | Idaho 529 Plan, Growth Portfolio | C | Interest | K | T | Buy<br>(add'l) | 02/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Terry L.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Washington Mutual Investors | A | Dividend | L | T | Buy (add'l) | 08/09/19 | K | | |
| 19.  Oakmark Int'l Investor | A | Dividend | | | Sold | 08/08/19 | K | | |
| 20.  Managed Assets Confluence Equities (H) | | | | | | | | | |
| 21.  - Analog Devices Inc. Common Stock | A | Dividend | J | T | | | | | |
| 22.  - Ares Capital Corp. Mutual Fund | A | Dividend | J | T | | | | | |
| 23.  - Broadridge Fin'l Sol. Inc. Common Stock | A | Dividend | J | T | | | | | |
| 24.  - Chevron, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 25.  - Chubb Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 26.  - Colgate Palmolive Co. Common Stock | A | Dividend | J | T | | | | | |
| 27.  - Corteva, Inc. (X) | A | Dividend | J | T | Spinoff (from line 30) | 06/03/19 | J | | |
| 28.  - Diageo PLC New Spon. Adr Common Stock | A | Dividend | J | T | | | | | |
| 29.  - Digital Realty Trust Inc. Common Stock | A | Dividend | J | T | | | | | |
| 30.  - Dow Dupont Inc. Common Stock | A | Dividend | | | | | | | |
| 31.  - Dow, Inc. (X) | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 32.  - Du Pont De Nemours (X) | A | Dividend | J | T | Spinoff (from line 30) | 06/03/19 | J | | |
| 33.  - Entergy Corp (X) | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 34.  | | | | | Buy (add'l) | 03/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Terry L.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fastenal Co. Common Stock | B | Dividend | J | T | Sold (part) | 02/19/19 | J | A | |
| 36. - Fidelity Nat'l Fin'l Inc. Common Stock | A | Dividend | J | T | | | | | |
| 37. - Gilead Sciences Inc. Common Stock | A | Dividend | J | T | | | | | |
| 38. - Graco Inc. Common Stock | A | Dividend | J | T | | | | | |
| 39. - Iron Mountain Inc. Common Stock | A | Dividend | | | Sold | 03/05/19 | J | | |
| 40. - Johnson & Johnson Common Stock | | | | | Sold | 01/22/19 | J | | |
| 41. - Kinder Morgan Inc. DE Common Stock | A | Dividend | J | T | | | | | |
| 42. - Kraft Heinz Co. Common Stock | A | Dividend | | | Sold | 02/27/19 | J | | |
| 43. - Lockheed Martin Corp (X) | A | Dividend | J | T | Buy | 03/01/19 | J | | |
| 44. - Martin Marietta Mtls. Inc. Common Stock | A | Dividend | | | Sold (part) | 10/02/19 | J | A | |
| 45. | | | | | Sold (part) | 10/04/19 | J | A | |
| 46. | | | | | Sold | 11/27/19 | J | A | |
| 47. - Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 48. - Nestle SA Common Stock | A | Dividend | J | T | | | | | |
| 49. - Northern Trust Corp. Common Stock | A | Dividend | J | T | | | | | |
| 50. - NXP Semiconductors NV Common Stock | A | Dividend | J | T | | | | | |
| 51. - Paychex Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Terry L.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - Pepsico Inc. Common Stock | A | Dividend | J | T | | | | | |
| 53.  - Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 54.  - Polaris Indus. Inc. Common Stock | A | Dividend | J | T | | | | | |
| 55.  - Praxair Inc./Linde PLC Common Stock | A | Dividend | J | T | | | | | |
| 56.  - Progressive Corp. OH Common Stock | A | Dividend | J | T | | | | | |
| 57.  - Rayonier Inc. Common Stock | A | Dividend | J | T | | | | | |
| 58.  - S.L. Green Realty, Corp (X) | A | Dividend | J | T | Buy | 10/03/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 10/10/19 | J | | |
| 60.  - Southern Co. Common Stock | A | Dividend | J | T | | | | | |
| 61.  - Tiffany & Co. Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 08/05/19 | J | | |
| 62.  - US Bancorp De New (X) | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 63.  - Weyerhaeuser Co. Common Stock | A | Dividend | J | T | | | | | |
| 64.  - 3M Co. Common Stock | A | Dividend | J | T | | | | | |
| 65.  Idaho Central Credit Union (X) | B | Int./Div. | M | T | Buy | 02/25/19 | M | | |
| 66. | | | | | Buy<br>(add'l) | 08/15/19 | K | | |
| 67.  American Balanced Fund (X) | B | Dividend | K | T | Buy | 08/09/19 | K | | |
| 68.  Lord Abbott Short Duration Income Fund (X) | A | Dividend | K | T | Buy | 08/09/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Terry L.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   Janus Henderson Balanced Fund (X) | A | Dividend | K | T | Buy | 08/19/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Myers, Terry L.** | 05/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII (30) Dow Dupont Inc. - 6/3/19 - 7/19/19 reverse stock split of Dow Dupont Inc. resulted in the spinoff of Corteva, Inc. (27) and Du Pont De Nemours (32)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terry L. Myers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544